■ THE PEOPLE OF THE STATE OF NEW YORK V. EDWARD GRIMES.— Motion to dismiss appeal granted. Motion for leave to appeal as a poor person dismissed, having become academic by virtue of the decision of this court in the motion, decided herein. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. CHRISTOPHER ROMANO.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ GERTRUDE SIEGEL V. PAUL SIEGEL.— Motion for leave to dispense with printing denied without prejudice, however, to a renewal thereof upon a proper affidavit of merits and upon a showing of the jurisdiction of this court. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for LINCOLN SQUARE SLUM CLEARANCE PROJECT. 167 WEST 60TH STREET, INC., et al., Respondents-Appellants.— Motion for an extension of time granted to the extent and upon the conditions set forth in the order of this court, entered on October 4, 1960 on Motion No. 183, of September 6, 1960 (ante, p. 981).

■ ANITA K. LA PIDUS V. HENRY LA PIDUS.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached, and complies with the other conditions contained in the order to show cause dated September 30, 1960. In all other respects, the motion is denied.